IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MIDWESTERN GAS TRANSMISSION COMPANY | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| .85 ACRES IN SUMNER COUNTY, TENNESSEE, JAMES LASSITER and JOANN LASSITER | ) ) ) ) |
| Respondents. | ) ) |

Case No. 3-06 0297

## AGREED ORDER GRANTING MIDWESTERN GAS TRANSMISSION COMPANY RIGHT-OF-WAY AND EASEMENT

It appears to the Court, as evidenced by the signature of counsel below, that the parties are in agreement that Midwestern Gas Transmission Company should be granted a right-of-way and easement through and across the property that is the subject matter of this lawsuit and as set forth in the Complaint and the amended exhibits thereto. All other matters have been settled between the parties and the parties are in agreement that the funds on deposit with the Court for this action should be refunded to Plaintiff, Midwestern Gas Transmission Company, c/o Lela Hollabaugh at the address below.

IT IS SO ORDERED.

Entered this the ___21st___ day of ___November___, 2008.

_____
District Judge Aleta Trauger

Submitted for Entry:

s/Lela M. Hollabaugh
Lela M. Hollabaugh (#14894)
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN  37219
(615) 244-6380
(615) 244-6804 fax
lhollabaugh@wallerlaw.com

*Attorneys for Midwestern Gas Transmission Company*

s/Arthur McClellan
Arthur McClellan
116 Public Square
Gallatin, TN  37066
(615) 452-5872
(615) 451-7678

*Attorney for Defendants*